**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY AT BOWLING GREEN**

| | |
|---|---|
| IN RE: | CASE NO. 09-10867 |
| AARON SIMS<br>JODI SIMS | CHAPTER 13 |
| | JUDGE Joan A. Lloyd |
| Debtor(s). | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Now comes Nationstar Mortgage, LLC, claim #1 filed as Nationstar Mortgage ("Movant") and, through counsel, moves pursuant to 11 U.S.C. Section 362 for an Order terminating the automatic stay with respect to certain property owned by the debtor in which Movant has a security interest. In support of this Motion, Movant states as follows:

1. On May 8, 2009, Aaron R. Sims and Jodi L. Sims ("Debtors") filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. Prior to the filing of the petition, Movant was granted a security interest in certain real property owned by the debtor. The Mortgage Lien is in the real property located at 506 East Locust Street, Scottsville, KY 42164 ("Real Property").

3. The Mortgage was recorded with the Allen County Recorder's Office.

4. Except with respect to the real estate taxes and assessments, the Mortgage Lien is the first lien in the Real Property. Upon information and belief, there are no other lienholders with respect to the Real Property.

5. Since the filing of the petition, Debtor has not made payments to Movant in accordance with the Note secured by the Mortgage and the Chapter 13 Plan. Debtor has not made any payments due for the months of November 1, 2009 through January 1, 2010.

6. As of the filing of this Motion, the debtor is indebted to the Movant in the amount of $72,399.33, plus interest, late fees, expenses and other charges.

7. Movant contends that the obligations owed to Movant are greater than the value of the collateral securing the obligation and, accordingly, that debtor has no equity in the Real Property in which Movant has a security interest.

8. Additionally, Movant contends that the debtor is unable to make adequate protection payments, has failed to make payments in accordance with the Chapter 13 plan and, therefore, Movant is entitled to relief from the automatic stay.

THEREFORE, Movant requests that this Court terminate the Automatic Stay and enable Movant to enforce its state law remedies with respect to the property located at 506 East Locust Street, Scottsville, KY 42164.

Respectfully submitted,

/s/ D. Anthony Sottile
D. Anthony Sottile (92251)
Reisenfeld & Associates, LPA LLC
Attorney for Movant
3962 Red Bank Road
Cincinnati, OH  45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: kybk@rslegal.com

## NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(c)

PLEASE TAKE NOTICE THAT any responsive pleading filing to or memorandum in connection with Nationstar Mortgage, LLC`s Motion for Relief From Stay filed on September 21, 2009, shall be filed within fifteen (15) days from the service of such motion unless otherwise ordered by the Court.  Failure to file a response and accompanying memorandum on a timely basis may be cause for the Court to grant the Motion as filed without further notice. Any response to the Motion shall state with particularity the reasons that the Motion is opposed and, if appropriate, make a specific offer of adequate protection.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 21st day of September, 2009, by regular U.S. Mail, postage prepaid, or electronically upon the following:

> Aaron R. Sims
> Jodi L. Sims
> 506 East Locust Street
> Scottsville, KY 42164
>
> Alicia C Johnson
> PO Box 1654
> Russellville, KY 42276
>
> William W. Lawrence
> 310 Legal Arts Bldg.
> 200 S. Seventh Street
> Louisville, KY 40202
>
> Joseph J. Golden
> Office of the U.S. Trustee
> 601 W. Broadway, #512
> Louisville, KY 40202

/s/ D. Anthony Sottile
_____
D. Anthony Sottile