# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY AT BOWLING GREEN

| | |
|---|---|
| IN RE: | CASE NO. 09-10867 |
| AARON SIMS | CHAPTER 13 |
| JODI SIMS | JUDGE Joan A. Lloyd |
| Debtor(s). | |

## ORDER ON MOTION FOR RELIEF FROM STAY

This matter is before the Court upon Nationstar Mortgage, LLC`s ("Movant") Motion for Relief from Stay ("Motion for Relief") submitted to this Court on, which demonstrates that Movant holds a security interest in the real property located at 506 East Locust Street, Scottsville, KY 42164 and that the obligation of the debtor exceeds the value of the property, The debtor has failed to make payments as required by the Chapter 13 plan, and Debtor is unable to provide Movant with adequate protection. Therefore for good cause shown, this Court GRANTS the Motion for Relief and Movant is authorized to proceed with its State Law rights, including, but not limited to its right to proceed with a foreclosure sale of the real property located at 506 East Locust Street, Scottsville, KY 42164.

**IT IS ORDERED.**

Respectfully submitted,

/s/ D. Anthony Sottile
D. Anthony Sottile (92251)
Reisenfeld & Associates, LPA LLC
Attorney for Movant
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: kybk@rslegal.com