# APPENDIX TO MOTION FOR RELIEF FROM
# STAY - CHAPTER 13

Debtors:        Aaron R. Sims
                Jodi L. Sims

Case Number:    09-10867

Date Petition Was Filed:   May 8, 2009

| MONTH/YEAR PAYMENT DUE | DATE SENT/ RECEIVED | PAYMENT AMOUNT | CHECK/M.O.# |
|---|---|---|---|
| 1.  01/01/2010 | None | | |
| 2.  12/01/2009 | None | | |
| 3.  11/01/2009 | None | | |
| 4.  10/01/2009 | 12/23/2009 | $646.93 | |
| 5.  09/01/2009 | 10/13/2009 | $646.93 | |
| 6.  08/01/2009 | 10/09/2009 | $646.93 | |
| 7.  07/01/2009 | 09/08/2009 | $646.93 | |
| 8.  06/01/2009 ****Post-Petition | 07/28/2009 | $646.93 | |
| 9.  05/01/2009 | | | |
| 10. 04/01/2009 | None | | |
| 11. 03/01/2009 | None | | |
| 12. 02/01/2009 | None | | |

[ ]    DEBTOR HAS ALL CHECKS/EXHIBITS WHICH ARE ATTACHED HERETO.

[ ]    DEBTOR IS GETTING CHECKS/EXHIBITS FROM:

[ X]   CHECKS/EXHIBITS UNAVAILABLE BECAUSE: